IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MIRIAM SAMS,

        Petitioner,

v.

NANCY HOWTON,

        Respondent.

Case No. 3:11-cv-00544-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition (#10) is GRANTED. The Petition for Writ of Habeas Corpus (#1) is DISMISSED with prejudice.

    IT IS SO ORDERED.

    DATED this _4th_ day of August, 2011.

                                   /s/ Anna J. Brown
                                   ANNA J. BROWN
                                   United States District Judge

1 - ORDER -